JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| LORENZETTA WHITFIELD, <br>     Plaintiff, <br><br>     v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:22-cv-05186-MRW <br><br> [~~PROPOSED~~] **JUDGMENT OF VOLUNTARY REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: June 29, 2023

_____
THE HONORABLE MICHAEL R. WILNER
U.S. MAGISTRATE JUDGE